**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **EDMOND STEVEN LOWE,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:18-cv-509-N (BT)** |
| | ) | |
| **LORIE DAVIS,** *Director,* **TDCJ-CID** | ) | |
| **Respondent.** | ) | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that the successive habeas petition is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997). *See* 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.

The Clerk's Office shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the Unites States Magistrate Judge, to the parties.

SO ORDERED this 23rd day of April, 2019.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE